UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE CASTEL

07 CV 11393

------------------------------------------------------------x

CCC INSURANCE CORPORATION,

                       Plaintiff,         Docket No.:

    -- against --              **Rule 7.1 Statement**

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

                       Defendant.

------------------------------------------------------------x


RECEIVED
DEC 19 2007
U.S.D.C. S.D. N.Y.
CASHIERS

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, CCC Insurance Corporation ("CCCIC"), a private non-governmental party, certifies that 100% of CCCIC's stock is owned by CCC Insurance Company, Ltd.

Dated:    New York, New York
             December 18, 2007

                          Saretsky Katz Dranoff & Glass, L.L.P.
                          Attorneys for Plaintiff CCC Insurance
                          Corporation

                          By: _____
                              Barry G. Saretsky (BGS 6932)

                          475 Park Avenue South
                          New York, New York 10016
                          (212) 973-9797