```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CCC INSURANCE CORPORATION,

                Plaintiff

        - against -

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

                Defendant.
------------------------------------------------------------X

Case No.: 07-CV-11393

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA's time to answer or otherwise respond to the Complaint is extended to February 27, 2008.

The parties to this Stipulation agree that this Stipulation may be signed in counterpart and that facsimile signatures are acceptable.

Dated:   New York, New York
          February 13, 2008

SARETSKY, KATZ, DRANOFF
& GLASS, LLP

By: _____
Barry G. Saretsky (BGS-6932)
475 Park Avenue South
New York, New York 10016
(212) 873-9797

Attorneys for Plaintiff
CCC Insurance Corporation

D'AMATO & LYNCH, LLP

By: _____
Neal M. Glazer (NG-8837)
70 Pine Street
New York, New York 10270
(212) 909-2011

Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, PA

**SO ORDERED:** _____    **DATE:** 2-14-08
                JUDGE P. KEVIN CASTEL

#290411v1