<u>**FILED ELECTRONICALLY (ECF)**</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CCC INSURANCE CORPORATION,           :     Hon. P. Kevin Castel
                                     :
                 Plaintiff           :     Case No.: 07-CV-11393
                                     :
         - against -                 :
                                     :     **NOTICE OF APPEARANCE**
                                     :
NATIONAL UNION FIRE INSURANCE        :
COMPANY OF PITTSBURGH, PA,           :
                                     :
                 Defendant.          :
------------------------------------------------------------X

**C O U N S E L:**

    **PLEASE TAKE NOTICE**, that D'Amato & Lynch, LLP hereby appears as counsel for defendant National Union Fire Insurance Company of Pittsburgh, PA in the above-captioned matter and that all further papers should be served upon the undersigned at the below designated address and as required under the Court's Electronic Case Filing (ECF) system.

Dated:    New York, New York
            February 26, 2008

                                    **D'AMATO & LYNCH, LLP**

                         By: _/s/ Neal M. Glazer_
                             Neal M. Glazer (NG-8857)
                             70 Pine Street
                             New York, New York 10270
                             (T) (212) 269-0927
                             (F) (212) 269-3559
                             Attorneys for Defendant
                             National Union Fire Insurance Company of
                             Pittsburgh, PA

#290809v1

To:  Barry G. Saretsky, Esq.
Saretsky, Katz, Dranoff & Glass LLP
475 Park Avenue South
New York, NY 10016
T: (212) 973-9797
Attorneys for Plaintiff
CCC Insurance Corporation

#290809v1

## **CERTIFICATE OF SERVICE**

I, Neal M. Glazer, an attorney duly admitted to the practice in this state, certify the following to be true under the penalties of perjury: on February 26, 2008, the within NOTICE OF APPEARANCE was filed with the Clerk of the Court and served on the parties listed below in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service:

> Barry G. Saretsky, Esq.
> Saretsky, Katz, Dranoff & Glass LLP
> 475 Park Avenue South
> New York, NY 10016
> T: (212) 973-9797
> Attorneys for Plaintiff
> CCC Insurance Corporation

Dated: New York, New York
February 26, 2008

_____
Neal M. Glazer

#290809v1