<u>**FILED ELECTRONICALLY (ECF)**</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CCC INSURANCE CORPORATION,     :    Hon. P. Kevin Castel
                               :
              Plaintiff        :    Case No.: 07-CV-11393
                               :
     - against -                :
                               :    <u>**RULE 7.1 STATEMENT**</u>
                               :
NATIONAL UNION FIRE INSURANCE   :
COMPANY OF PITTSBURGH, PA,      :
                               :
              Defendant.       :
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant National Union Fire Insurance Company of Pittsburgh, PA, hereby discloses that it is a direct, wholly-owned subsidiary of AIG Commercial Insurance Group, Inc., which is a wholly-owned subsidiary of AIG Property Casualty Group, Inc., which is a wholly-owned subsidiary of American International Group, Inc., a publicly-traded corporation.

Dated:    New York, New York
          February 26, 2008

                                        D'AMATO & LYNCH, LLP

                                        By: _____
                                            Neal M. Glazer (NG-8837)
                                            70 Pine Street
                                            New York, New York 10270
                                            (T) (212) 269-0927
                                            (F) (212) 269-3559
                                            Attorneys for Defendant
                                            National Union Fire Insurance Company of
                                            Pittsburgh, PA

#290814v1

To:  Barry G. Saretsky, Esq.
 Saretsky, Katz, Dranoff & Glass LLP
 475 Park Avenue South
 New York, NY 10016
 T: (212) 973-9797
 Attorneys for Plaintiff
 CCC Insurance Corporation

#290814v1