```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
CCC INSURANCE CORP.,
                       Plaintiff,

      -against-

NATIONAL UNION FIRE INSUR. CO.
                       Defendant.
----------------------------------------------------------x

07 Civ. 11393(PKC)

ORDER

P. KEVIN CASTEL, District Judge:

       Prior to taking office as a United States District Judge on November 4, 2003, the undersigned was a partner in the law firm of Cahill Gordon & Reindel LLP which frequently represented the AIG companies and their affiliates, including defendant National Union (collectively, "AIG"). From time to time, I also participated in the representation of AIG, although it was not a major part of my practice. I know nothing about this case or claim.

       I disclose the foregoing and direct that any party or counsel who wishes to make any application or seeks further inquiry do so within ten days hereof.

       SO ORDERED.

                                            P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       August 25, 2008